IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:19-mj-296-JEO |
| | ) | |
| ARKEUNTREZ KENYEZ LARECO WASHINGTON, | ) | |

## MOTION FOR COMPETENCY EVALUATION

I, ALISON WALLACE, as attorney for the Defendant, ARKEUNTREZ KENYEZ LARECO WASHINGTON, has reason to believe that the Defendant may be presently mentally incompetent and be unable to understand the proceedings against him or properly to assist in his own defense, respectfully moves this Honorable Court for a judicial determination of the mental competency of the defendant, pursuant to Title 18, §§ 4241 and 4242 of the United States Code.

My grounds for such belief are as follows:

On or about August 6, 2019, during the initial interview Counsel observed some irregularities in responses to questions. The Defendant disclosed some prior acts that caused Counsel to question the mental health of Mr. Washington. Defendant and his grandmother denied any mental health treatment but Defendant's mother reports a prior short-term commitment. During the preliminary hearing, testimony was elicited that Defendant had possibly sent a tip to the FBI reporting his conduct.

It is the belief of the undersigned that these requested evaluations would be of great importance to the resolution of this case.

Respectfully Submitted,

*/s/ Alison Wallace*
Alison Wallace
Attorney for Defendant
P.O. Box 36926
Hoover, Alabama 35236
(205) 500-1667

## **CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the above and foregoing on the United States Attorney, through Assistant United States Attorney Manu Balachandran, via CM/ECF on this the 20th day of August, 2019.

*/s/ Alison Wallace*
Of Counsel