## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs. | ) | Case No.  2:10-mj-00296-JEO |
| | ) | |
| | ) | |
| Arkeuntrez Washington | ) | |

### MOTION FOR FUNDS FOR COMPETENCY EXAMINATION

Comes now the Defendant through his attorney of record and files this Motion for Funds for a Competency examination and states as follows:

1. The Defendant is incarcerated in the Cullman County jail and is indigent.

2. The funds for the examination are needed to help in the defense of the Defendant.

3. The examination also is to determine if the Defendant is competent to stand trial.

WHEREFORE, WE PRAY that this Honorable Court will grant said funds.

Respectfully submitted,

/s/Emory Anthony, Jr.
Attorney at Law
1117 – 22nd Street South
Birmingham, Alabama 35205
(205) 776-2064 Office
(205) 776-2040 Fax
BgEmoryE@aol.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been filed with the CM/ECF system and served electronically on attorneys of record.

/s/Emory Anthony, Jr.